**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Richard Arden REDMAN, Petitioner**

No. 472 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: August 31, 2017

### ORDER

PER CURIAM

**AND NOW,** this 31st day of August, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. The issue, as stated by Petitioner, is:

> Whether the Superior Court's decision conflicts with another Superior Court decision by holding in the instant case that a warrantless legal blood draw can be administered on an unconscious driver where the police officer has probable cause to arrest the driver which is in direct conflict with the holding of the published opinion in *Commonwealth v. Myers*[, 118 A.3d 1122 (Pa. Super. 2015) ]?

The order of the Superior Court is **VACATED,** and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Myers*, 164 A.3d 1162, 2017 WL 3045867 (Pa. 2017). Allocatur is **DENIED** without prejudice as to all remaining issues, as the Superior Court has not yet considered them in the first instance, and it may do so on remand.

**Charles ROBINSON, Petitioner**

v.

**John J. TALABER, Secretary of PA Board of Probation and Parole, et al., Respondents**

No. 84 EM 2017

Supreme Court of Pennsylvania.

August 31, 2017

### ORDER

PER CURIAM

**AND NOW,** this 31st day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

**Keith B. COX, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,**
**Respondent**

No. 78 EM 2017

Supreme Court of Pennsylvania.

August 31, 2017

### ORDER

PER CURIAM

**AND NOW,** this 31st day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.